JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA BALBUENA, | Case No. CV 09-06319 CJC (JEMx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | The Hon. Cormac J. Carney |
| INFINITY INSURANCE COMPANY AND INFINITY PROPERTY & CASUALTY CORPORATION, | Courtroom 9B |
| Defendants. | |

Based upon the stipulation of the parties, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 26, 2010

By: _____
The Honorable Cormac J. Carney
United States District Court Judge

101279711.1